TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, APC
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Attorneys for Plaintiff,
SANDRINE CASSIDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE CASSIDY, an individual, on her own behalf, on behalf of the general public and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REEBOK INTERNATIONAL LTD.; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-09966-AHM-FFM<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA RE: DECLARATION OF ANTONIO SARABIA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date: March 21, 2011<br>Time: 10 a.m.<br>Courtroom: 14<br>The Honorable A. Howard Matz<br>Complaint Filed: November 24, 2010<br>Complaint Removed: Dec. 28, 2010<br>Trial Date: None set |

1  **TO THE HONORABLE A. HOWARD MATZ, THE COURT CLERK,**
2  **ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

3  PLEASE TAKE NOTICE OF THE FOLLOWING ERRATA:

4  On February 28, 2011, Plaintiff in the above-entitled action filed the
5  "Declaration of Antonio R. Sarabia II in Support of Plaintiff's Opposition to
6  Defendant's Motion to Transfer Venue" (the "Sarabia Declaration").  (Docket No.
7  18-8.)  The Sarabia Declaration refers to Mr. Sarabia's resume, which should have
8  been attached as Exhibit A to that Declaration.  Plaintiff's counsel inadvertently
9  omitted the referenced resume when e-filing the Declaration.

10  A corrected copy of the Sarabia Declaration is attached hereto, which
11  includes Exhibit A — Mr. Sarabia's resume.

12  Plaintiff's counsel thanks the Court and Defendant's counsel for their
13  understanding.

16  Dated:	March 2, 2011			AHDOOT & WOLFSON, APC

17						/s/ Theodore Maya
18						Theodore W. Maya
						10850 Wilshire Blvd., Suite 370
19						Los Angeles, California 90024
20						Telephone: 310-474-9111
						Facsimile: 310-474-8585
21						tmaya@ahdootwolfson.com

23						Attorneys for Plaintiff

2

NOTICE OF ERRATA RE: SARABIA DECLARATION