O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-09966 AHM (FFM) | Date | January 4, 2012 |
|---|---|---|---|
| Title | CASSIDY v. REEBOK INTERNATIONAL LTD., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court is in receipt of the parties' Joint Status Report re Nationwide Class Action Settlement by the United States District Court for the District of Massachusetts. (Dkt. 72.)  The Court GRANTS the parties' request for a status conference.  The status conference will take place on Monday, March 19, 2012 at 1:30 p.m.  The parties are to file an updated joint report on the status of this case 7 days prior to the conference.

_____ : _____

Initials of Preparer     SMO