1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRINE CASSIDY, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REEBOK INTERNATIONAL LTD.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:10-CV-09966-AHM (FFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>The Honorable A. Howard Matz |

– 1 –

1  This Court, having reviewed and considered the Stipulation for Dismissal of
2  Action with Prejudice, filed by Plaintiff Sandrine Cassidy ("Cassidy") and Defendant
3  Reebok International Ltd. ("Reebok") (collectively, the "Parties"), by and through
4  their counsel, and good cause having been shown, hereby GRANTS the Parties'
5  Stipulation.

**IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs (except as otherwise agreed to in the Addendum to the Settlement Agreement).

DATED: March 20, 2012

By _____
The Honorable A. Howard Matz
United States District Judge